IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BILLY TYLER, | ) | 4:11CV3115 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JANE E. BURKE, Counsel on UPL, | ) | |
| NEBRASKA COMMISSION ON | ) | |
| UNAUTHORIZED, and | ) | |
| JOHN/JANE DOE, accusers, | ) | |
| | ) | |
| Defendants. | ) | |

   Plaintiff, a non-prisoner, filed two Motions for Leave to Proceed In Forma Pauperis.  (Filing Nos. 5 and 7.)  However, Plaintiff's first Motion for Leave to Proceed In Forma Pauperis (filing no. 5) was deficient because it was not signed. (*See* Filing No. 6.)  Upon review of Plaintiff's signed Motion for Leave to Proceed In Forma Pauperis (filing no. 7), the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

   IT IS THEREFORE ORDERED that:

   1.   Plaintiff's Motion for Leave to Proceed In Forma Pauperis (filing no. 7) is provisionally granted, and the Complaint shall be filed without payment of fees.

   2.   Plaintiff's unsigned Motion for Leave to Proceed In Forma Pauperis (filing no. 5) is denied.

DATED this 6th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.